















```
ANDY    11/20/01    15:10
3:01-CV-00443   USA V. CURRENCY US $11452
*17*
*STIPO.*
```

PATRICK K. O'TOOLE
United States Attorney
RUPERT A. LINLEY
Special Assistant U.S. Attorney
California State Bar No. 48213
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 01cv0443-W(RBB) |
| Plaintiff, | ) | STIPULATION FOR COMPROMISE SETTLEMENT AND ORDER THEREON |
| v. | ) | |
| $11,452.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Patrick K. O'Toole, United States Attorney, and Rupert A. Linley, Special Assistant U.S. Attorney, and the claimant, Sorina Andrade, and her attorney of record, Nicholas De Pento, stipulate as follows:

1. That the parties have entered into this stipulation in order to resolve the matter of the seizure and forfeiture of the defendant.

2. That the United States Department of Justice has accepted the offer in settlement which is hereinafter described in its particulars.

///

2001v00005:RAL:ah

3. That from the defendant, $11,452.00 in U.S. Currency, the amount of $10,252.00, shall be condemned and forfeited to the United States.

4. That the remainder, in the amount of $1,200.00, shall be returned to claimant, Sorina Andrade, through her attorney of record, Nicholas De Pento.

5. That the costs incurred by the Drug Enforcement Administration and the United States Marshals Service which were incident to the seizure of the defendant shall be borne by the United States of America.

6. That the person or persons who made the arrests, searches, and seizures, the United States and the prosecutor shall not be liable to suit or judgment on account of such actions in accordance with Title 28, United States Code, Section 2465. Sorina Andrade agrees that by entering into this stipulation, she has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

7. That claimant, her agents, employees, or assigns, hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the above-described defendant.

8. That claimant, Sorina Andrade, hereby waives knowingly and voluntarily, any right to a constitutional protection against multiple punishments or successive prosecutions under the Double Jeopardy Clause of the Fifth Amendment as it may relate to the allegations contained in the pleadings of this case.

|   |   |
|---|---|
| 1 | 9. That the complaint for forfeiture shall be dismissed with prejudice. |

DATED: 11/13/01

PATRICK K. O'TOOLE
United States Attorney

RUPERT A. LINLEY
Special Assistant U.S. Attorney

DATED: 11/8/01

SORINA ANDRADE
Claimant

DATED: 11-8-01

NICHOLAS DE PENTO
Attorney for Claimant

### ORDER

Having reviewed the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Stipulation is approved;

1. That the United States Department of Justice has accepted the offer in settlement which is hereinafter described in its particulars.

2. That from the defendant, $11,452.00 in U.S. Currency, the amount of $10,252.00, shall be condemned and forfeited to the United States.

3. That the remainder, in the amount of $1,200.00, shall be returned to claimant, Sorina Andrade, through her attorney of record, Nicholas De Pento.

4. That the costs incurred by the Drug Enforcement Administration and the United States Marshals Service which were incident to the seizure of the defendant shall be borne by the United States of America.

5. That the person or persons who made the arrests, searches, and seizures, the United States and the prosecutor shall not be liable to suit or judgment on account of such actions in accordance with Title 28, United States Code, Section 2465. Sorina Andrade agrees that by entering into this stipulation, she has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

6. That claimant, her agents, employees, or assigns, hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the above-described defendant.

7. That claimant, Sorina Andrade, hereby waives knowingly and voluntarily, any right to a constitutional protection against multiple punishments or successive prosecutions under the Double Jeopardy Clause of the Fifth Amendment as it may relate to the allegations contained in the pleadings of this case.

8. That the complaint for forfeiture is dismissed with prejudice.

DATED: 11/19/01

THOMAS J. WHELAN, JUDGE
UNITED STATES DISTRICT COURT

4

## HOLD HARMLESS AGREEMENT

On September 18, 2000, the defendant, $11,452.00 in U.S. Currency, was seized by agents of the Drug Enforcement Administration, in the Southern District of California, under the provisions of Title 21, United States Code, Section 881(a)(6).

The claimant is Sorina Andrade.

In consideration of the release and delivery of the defendant by the United States, the claimant/owner agrees to save and hold harmless the United States of America, its agents and employees from any and all claims, suits, or demands made upon them of whatsoever nature, arising or growing out of the United States' seizure, release and surrender of the property to the claimant/owner.

DATED: 11/8/01

_____
SORINA ANDRADE
Claimant

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2001.

_____
Notary Public in and for said
County and State